1 | CHRISTOPHER K. MOSQUEDA, SBN: 309622
cmosqueda@bknlawyers.com
2 | BAKER, KEENER & NAHRA, LLP
633 West 5th Street
3 | Suite 5500
Los Angeles, California 90071
4 | Telephone: (213) 241-0900
Facsimile: (213) 241-0990

Attorneys for Defendants
TRICAM INDUSTRIES, INC. and
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CHRISTOPHER SULLIVAN, | Case No.: |
|---|---|
| Plaintiff, | Complaint Filed: 06-13-2017 |
| vs. | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1446(b) [DIVERSITY JURISDICTION]** |
| COSTCO WHOLESALE CORPORATION and TRICAM INDUSTRIES, INC. and DOES 1 to 10, | |
| Defendants. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that pursuant to 28 USC § 1446 et seq., Defendants TRICAM INDUSTRIES, INC. and COSTCO WHOLESALE CORPORATION (hereinafter "Defendants") hereby remove to this Court the State Court action described below. As grounds for this removal, Defendants state as follows:

1. On or about June 13, 2017, this action was originally commenced in the Superior Court of the State of California, in and for the County of Fresno, against COSTCO WHOLESALE CORPORATION, TRICAM INDUSTRIES, INC., and DOES 1 to 10.

2. Plaintiff CHRISTOPHER SULLIVAN is a resident of California for purposes of jurisdiction. Defendant TRICAM INDUSTRIES, INC. was at the time of this action, and still is, a corporation incorporated under the laws of the State of

Minnesota having its principal place of business in the State of Minnesota. Defendant COSTCO WHOLESALE CORPORATION, was at the time of this action, and still is, a corporation under the laws of the State of Washington, having its principal place of business in the State of Washington. Accordingly, there is complete diversity of citizenship between the plaintiff and defendants in this matter.

3. Under 28 U.S.C. § 1446(b)(3), if the case stated by the initial pleading is not removable, a notice of removal may be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.

4. The Complaint was filed and served on Defendants on June 13, 2017. On June 29, 2017, Plaintiff served on TRICAM INDUSTRIES, INC. an Offer to Compromise pursuant to California Code of Civil Procedure § 998, for the sum of One Hundred and Fifty Thousand Dollars ($150,000.00), and Defendants received said Offer to Compromise on July 5, 2017. Therefore, the timing of this Notice is proper, having been brought within 30 days of receipt of "other paper" from which it may be first ascertained that this case is one which is removable, and within one year of the original filing of the complaint.

5. Therefore the above entitled action is a civil action of which this Court has jurisdiction under 28 U.S.C. § 1332 and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1446(b) in that it is a civil action with an amount in controversy in excess of $75,000.00 and a diversity of citizenship.

6. Accordingly, removal should be granted because the present matter is an action arising under diversity jurisdiction and therefore this Court has federal subject matter jurisdiction over the claims underlying these proceedings.

7. All pleadings, process and orders served on Defendants in this action have been filed concurrently with this Notice of Removal, pursuant to 28 U.S.C. § 1446(a), and are attached to this Notice as **Exhibit A.**

8. A true copy of this Notice of Removal will be properly filed with the clerk of the Superior Court of the State of California, in and for the County of Fresno.

9. A true copy of this Notice of Removal and Notice thereof will be served upon Plaintiff's counsel concurrent with the filing of this Notice of Removal.

10. This Notice of Removal is signed subject to the certification requirements of Rule 11 and threat of sanctions therein.

WHEREFORE, notice is given that this action is removed from the Superior Court of Fresno County to the United States District Court for the Eastern District of California, Fresno.

DATED: July 18, 2017

BAKER, KEENER & NAHRA, LLP

By /S/CHRISTOPHER K. MOSQUEDA
CHRISTOPHER K. MOSQUEDA
Attorneys for Defendants
TRICAM INDUSTRIES, INC. and
COSTCO WHOLESALE CORPORATION

1168-4000-0012

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1446(b) [DIVERSITY JURISDICTION]

# CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## CHRISTOPHER SULLIVAN v. COSTCO WHOLESALE CORP, etc.
## USDC Case No.:

I am over the age of 18 and not a party to the within action; I am employed by BAKER, KEENER & NAHRA, LLP in the County of Los Angeles at 633 West Fifth Street, Suite 5500, Los Angeles, California, 90071.

On July 18, 2017, I served the foregoing document(s) described as **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1446(b) [DIVERSITY JURISDICTION]** as follows:

× **(BY ECF)** I caused the above-referenced document(s) to be filed the Electronic Case Filing (ECF) system in the **United States District Court for the Central District of California, on all parties registered for e-filing**. Counsel of record are required by the Court to be registered e-filers, and as such, are automatically e-served with a copy of the documents upon confirmation of e-filing.

**Abigail R. Leaf. at**
abbyleaf@smbblaw.com

**Aaron J. Aguirre at**
aarona@smbblaw.com

× **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on July 18, 2017, at Los Angeles, California.

/s/Christopher K. Mosqueda

966-5271-0001