# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SULLIVAN,<br><br>       Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION, TRICAM INDUSTRIES, INC.,<br><br>       Defendants. | Case No. 1:17-CV-00959-LJO-EPG<br><br>**ORDER SETTING MID-DISCOVERY STATUS CONFERENCE AND MODIFYING SCHEDULING ORDER**<br><br>**Hearing Date: 5/31/2018**<br>**Hearing Time: 10:30 AM**<br>**Courtroom    : 10** |

      Due to the reassignment of this matter from Magistrate Judge Michael J. Seng, and recusal of Magistrate Judge Sheila K. Oberto, this case has been reassigned to Magistrate Judge Erica P. Grosjean. The Court sets a Mid-Discovery Status Conference on **May 31, 2018, at 10:30 a.m. in Courtroom 10**, before Magistrate Judge Erica P. Grosjean. The parties are directed to file a joint report, of up to five (5) pages, outlining the status of the case, including any additional discovery planned, the potential for settlement, and any other issues pending that would benefit from the Court's assistance/direction. The parties shall file the report one full week prior to the conference, and email a copy, in Word format, to epgorders@caed.uscourts.gov. If the parties are appearing telephonically, each party shall dial 1 (888) 251-2909 and enter access code 1024453.

      The Court further modifies the Scheduling Order issued in this action as follows:

  **VI.    Pre-Trial Motion Schedule**

    **B. Discovery Motions**

        In order to file a discovery motion pursuant to Fed. R. Civ. P. 37, a party must receive permission from the Court following an informal telephonic discovery dispute

1

conference. Any party(ies) wishing to schedule such a conference should contact Courtroom Deputy Michelle Means Rooney at mrooney@caed.uscourts.gov, with all parties to the dispute copied, advising the Court of the parties' available dates and times within a one-week period. The Court will set the conference as soon as possible, taking into consideration the urgency of the issue, on a date and time convenient for the involved parties and the Court. The Court will also advise the parties of how to connect to the Court's toll-free conference line.

Prior to the conference, the parties shall simultaneously submit letters, outlining their positions regarding the dispute. Such letters shall be no longer than three (3) pages single-spaced, and may include up to five (5) pages of exhibits. Letters shall be emailed to the Court at epgorders@caed.uscourts.gov−but **_not_** filed on the docket−to be received at least twenty-four (24) hours before the scheduled conference, *unless otherwise ordered by the Court.*

The telephonic conference will not be on the record and the Court will not issue a formal ruling at that time. Nevertheless, the Court will attempt to provide guidance to the parties to narrow or dispose of the dispute. If no resolution can be reached without formal motion practice, the Court will authorize filing of a formal discovery motion.

Formal discovery motions shall comply with Local Rule 251.

IT IS SO ORDERED.

DATED: 5/3/2018

*[signature]*
UNITED STATES MAGISTRATE JUDGE