Abigail R. Leaf, #210293
Aaron J. Aguirre, #303074
**STAMMER, McKNIGHT, BARNUM & BAILEY LLP**
2540 West Shaw Lane, Suite 110
Fresno, California 93711-2765
Tel: 559.449.0571  Fax: 559.432.2619

Attorneys for Plaintiff, CHRISTOPHER SULLIVAN


Kenneth Spencer, SBN: 140982
**BAKER, KEENER & NAHRA, LLP**
633 West 5th Street
Suite 5500
Los Angeles, California 90071
Telephone: (213) 241-0900
Facsimile: (213) 241-0990

Paul V. Kaulas, BAR ID #6184224 (Pro Hac Vice)
**McVEY & PARSKY, LLC**
30 N. LaSalle Street
Suite 2100
Chicago, Illinois 60602
Telephone: (312) 551-7668
Facsimile: (312) 551-2131

Attorneys for Defendants
TRICAM INDUSTRIES, INC. and
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SULLIVAN<br><br>　　　　Plaintiff,<br>　v.<br><br>COSTCO WHOLESALE CORPORATION;<br>TRICAM INDUSTRIES, INC.<br><br>　　　　Defendants. | CASE NO.: 1:17-cv-00959-LJO-EPG<br><br>**JOINT STIPULATION AND ORDER CONTINUING PRETRIAL AND TRIAL DEADLINES**<br><br>Action Filed: June 13, 2017<br>Trial Date:  October 30, 2018 |

///

Plaintiff Christopher Sullivan, Defendant Costco Wholesale Corporation, and Defendant Tricam Industries, Inc., constituting all the parties appearing in this action, through undersigned counsel of record hereby stipulate to continue the **Final Pretrial Conference** from September 7, 2018 to **November 9, 2018**, and to continue **Trial** from October 30, 2018, to **January 7, 2019**. The parties further stipulate to reopening discovery and expert discovery and to a new **Discovery Deadline** of **October 15, 2018**, and **Expert Discovery Deadline** of **October 30, 2018**. This is the first request to continue in this case.

Pursuant to Rule 16(b)(4), good cause exists for the Court to modify the Scheduling order entered on October 16, 2017, and continue the pretrial and trial deadlines. GOOD CAUSE for this continuance exists in that prior to August 9, 2018, Plaintiff believed his left shoulder/arm pain and neurologic symptoms were solely related to his left shoulder. However, on August 9, 2018, his physicians informed him that they suspected this pain and associated neurologic symptoms were at least partially related to his cervical spine injury. On August 15, 2018, Plaintiff underwent an x-ray of his cervical spine which showed evidence of a severe degenerative disc disease and spondylosis at C5-C6, and C6-C7. These findings were confirmed in a subsequent MRI taken on August 16, 2018. On August 20, 2016, Plaintiff was told by his physicians that he required a 3-level cervical fusion (C3-C7), and they recommended he undergo that procedure sooner rather than later. Plaintiff's cervical fusion surgery is scheduled for September 24, 2018, and will entail a 4 to 6 week recovery period.

Plaintiff is informed and believes and thereon alleges the above-described cervical injury is related to his fall from the Tricam stepstool model RM-SLA-3 at issue in this case. However, as Plaintiff Sullivan's cervical injury came to light after the close of non-expert and expert discovery this contention has not been investigated through formal discovery. The parties stipulate to reopening discovery and expert discovery in order to

depose Plaintiff's healthcare providers and establish whether his cervical injury was related to or caused by his fall from the Tricam stepstool model RM-SLA-3 on January 2, 2016.

Further GOOD CAUSE for this continuance exists in that with Defendants' motion for summary judgment now ruled on, the parties wish to mitigate costs associated with bringing Plaintiff's retained expert to trial. R. Kevin Smith resides and works in Indiana. In order to mitigate the costs associated with his attendance at trial, the parties have agreed to record R. Kevin Smith's deposition by audiovisual means for use at trial.

Based on the forgoing, the parties respectfully request that this Court continue the pretrial and trial deadlines in the following manner:

|  | **Current Deadline** | **Proposed Date** |
|---|---|---|
| Discovery Cutoff | March 16, 2018 | October 15, 2018 |
| Expert Discovery Cutoff | June 15, 2018 | October 30, 2018 |
| Final Pretrial Conference | September 7, 2018 | November 9, 2018 |
| Trial | October 30, 2018 | January 7, 2019 |

Dated: August 30, 2018    Respectfully submitted,

STAMMER, McKNIGHT, BARNUM & BAILEY LLP


By ____/s/ Abigail R. Leaf_____
    Abigail R. Leaf, Attorneys for Plaintiff,
    CHRISTOPHER SULLIVAN

Date: August 30, 2018    MCVEY & PARSKY, LLC


By____/s/ Paul V. Kaulas_____
    Paul V. Kaulas, Attorneys for Defendant,
    TRICAM INDUSTRIES, INC.

| | |
|---|---|
| Date: August 30, 2018 | BAKER, KEENER & NAHRA LLP |
| | By /s/ Kenneth Spencer |
| | Kenneth Spencer, Attorneys for Defendants, COSTCO WHOLESALE CORPORATION and TRICAM INDUSTRIES, INC. |

-4-

Christopher Sullivan v. Costco Wholesale Corporation, et al., Case No. 1:17-cv-00959-LJO-EPG  56-8688
*JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL AND TRIAL DEADLINES*

# ORDER

Based on the Joint Stipulation of the parties, and good cause appearing therefore, **IT IS ORDERED** that the **Final Pretrial Conference** currently set for September 7, 2018 be and hereby is continued to **November 9, 2018, at 8:30 a.m**. **IT IS FURTHER ORDERED** that **Trial** currently set for October 30, 2018 be and hereby is continued to **<u>January 8, 2019, at 8:30 a.m</u>**. **IT IS FURTHER ORDERED** that nonexpert and expert discovery are reopened and that a new **Discovery Deadline** of **October 15, 2018**, and **Expert Discovery Deadline** of **October 30, 2018** be and hereby are established.

IT IS SO ORDERED.

Dated: **<u>August 30, 2018</u>**     <u>     /s/ Lawrence J. O'Neill     </u>
                                    UNITED STATES CHIEF DISTRICT JUDGE