# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SULLIVAN,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, TRICAM INDUSTRIES, INC.,<br><br>Defendants. | Case No. 1:17-CV-959-EPG<br><br>**JUDGMENT IN A CIVIL ACTION** |

JURY VERDICT: The action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of Defendants, Costco Wholesale Corporation and Tricam Industries, Inc., and against Plaintiff, Christopher Sullivan, in accordance with the jury verdict rendered January 14, 2019. The Clerk of the Court is instructed to CLOSE THE CASE.

DATED: <u>January 18, 2019</u>

MARIANNE MATHERLY, Clerk

_____
Michelle Means Rooney, Deputy Clerk

1